

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-15-00146-CV

**IN THE INTEREST OF S.W.B.-L.ET AL,**
Appellant
From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the order terminating Appellant Candelario Hernandez's parental rights to his children, Appellant's brief was due on May 12, 2015. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* TEX. R. APP. P. 38.8(a). If Appellant fails to respond as ordered, we will abate this appeal to the trial court for an abandonment hearing. *Cf.* TEX. R. APP. P. 38.8(b)(2); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court